RAE QUAIN, Formerly RAE COHEN, and LEON QUAIN, Formerly LEON COHEN, Appellants, *v.* NATHAN SETTEL and WILLIAM Z. JEROME, Respondents.

PER CURIAM. We think that it was error for the trial court to have dismissed the complaint at the close of the plaintiffs' case with respect to the cause of action of Rae Quain against defendant Nathan Settel. Plaintiff made out a *prima facie* case. Moreover there was sufficient competent testimony establishing a causal relationship between the acts of defendant Settel and the alleged injuries claimed by the plaintiff Rae Quain. · However, the court properly dismissed the complaint against defendant William Z. Jerome.

As to defendant Nathan Settel, the judgment should be reversed and a new trial ordered, with costs to appellants to abide the event. As to defendant William Z. Jerome the action should be severed and the judgment affirmed, with costs.

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents from the reversal as to the defendant Nathan Settel and votes to affirm as to both defendants.

Judgment appealed from as to the defendant Nathan Settel reversed, the action severed and a new trial ordered as to said defendant, with costs to the appellants to abide the event. Judgment so appealed from as to the defendant William Z. Jerome unanimously affirmed, with costs to said defendant.

PETER J. WHITE, Respondent, *v.* RICHARD J. BARRY, Appellant.

PER CURIAM. The first complete defense set up in defendant's amended answer pleads justification of the publication which is the basis of plaintiff's action. Papers incorporated by reference and made part of plaintiff's reply set forth facts whereby the material allegations of that defense of justification are substantially admitted. No facts are alleged which defeat the admissions. Accordingly, judgment in favor of defendant is warranted by the pleadings. (*Cafferty* v. *Southern Tier Publishing Co.*, 226 N. Y. 87, 93.)

The order, so far as appealed from, should be reversed, with twenty dollars costs and disbursements, and motion for judgment on the pleadings in favor of defendant granted.

Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted.